1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT A

## (Chart showing each Infringing Work and the corresponding Plaintiff's artwork)

COMPLAINT

## PLAINTIFFS' INFRINGED WORKS
## AND MORRIS'S INFRINGING WORKS



Fig. A1: Lang's "Cooper's Hawk CP"          Fig. A2 : Morris's "Falcon"



Fig. B1: Lang's "Eupatorus gracilicornis CP" (Rhinocerous Beetle)          Fig. B2: Morris's "Rhino Beetle"



Fig. C1: Lang's "Grasshopper"          Fig. C2: Morris's "Grasshopper"



Fig. C1: Lang's "Grasshopper"          Fig. C3: Morris's "Grasshopper" (outline)



Fig. D1: Lang's "Hummingbird"          Fig. D2: "Calypte Anna"



Fig. E1: Lang's "KNL Dragon"          Fig. E2: Morris's "Dragon"



Fig. F1: Lang's "Pegasus"          Fig. F2: Morris's "Pegasus"



Fig. F1: Lang's Pegasus          Fig. F3: Morris's "Pegasus" (outline)



Fig. G1: Lang's "Praying Mantis"    Fig. G2: Morris's "Praying Mantis"



Fig. H1: Lang's "Rabbit"    Fig. H2: Morris's "Rabbit"



Fig. I1: Lang's "Tarantula"    Fig. I2 : Morris's "Tarantula"



Fig. J1: Miyajima's "Bat"    Fig. J2: Morris's "Bat"



Fig. K1: Miyajima's "Cat"          Fig. K2: Morris's "Cat"



Fig. K1: Miyajima's "Cat"          Fig. K3: Morris's "Cat" (outline)



Fig. L1: Miyajima's "Mommoth"    Fig. L2 : Morris's "Mommoth" (outline)



Fig. M1: Miyajima's "Penguin"    Fig. M2: Morris's "Rockhopper"



Fig. N1: Miyajima's "Swan"       Fig. N2: Morris's "Swan"



Fig. N1: Miyajima's "Swan"       Fig. N3: Morris's "Swan" (outline)



Fig. O1: Miyajima's "Weasel"        Fig. O2: Morris's "Weasel" (outline)



Fig. P1: Miyajima's "Wolf"        Fig. P2: Morris's "Wolf"



Fig. Q1: Sirgo's "Macaw"

Fig. Q2: Morris's "Parrot"



Fig. R1: Bandoni's "Cyclommatus metallifer" (June Beetle)

Fig. R2: Morris's "June Beetle"



Fig. S1: Kawasaki's "Kawasaki Cube #1"    Fig. S2: Morris's "Kawasaki Cube"



Fig. T1: Ku's "Harpy"    Fig. T2: Morris's "Angel"

Fig. T3: April 2009 cover of
*Wallpaper** magazine



Fig. T4: Rug on exhibit



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT B

## (List of Plaintiffs' Works and the corresponding copyright information)

COMPLAINT

## Plaintiffs' Copyright Registrations

| Claim # | Plaintiff | Title of Plaintiff's Work | Publication (Book and/or html address) | Copyright Registration Number | Date of Registration | Title of Morris's Infringing Work(s) |
|---|---|---|---|---|---|---|
| 1 | Lang | coopers_hawk_cp (Cooper's Hawk) | http://langorigami.com/art/creasepatterns/creasepatterns.php4 | VA 1-700-768 | 1/26/2010 | Falcon |
| 2 | Lang | Eupatorus gracilicornis CP | *Origami Insects II;* http://www.langorigami.com/art/insects/eupatorus_cp.pdf | VA 1-765-788 | 3/3/2011 | Rhino Beetle |
| 3 | Lang | Grasshopper | *Origami Design Secrets* p. 113 | TX 5-956-944 | 12/1/2003 | Grasshopper; Grasshopper (outline) |
| 4 | Lang | Hummingbird | *Origami Design Secrets* p. 66 | TX 5-956-944 | 12/1/2003 | Calypte Anna |
| 5 | Lang | KNL Dragon | *Origami Design Secrets* p. 138 | TX 5-956-944 | 12/1/2003 | Dragon |
| 6 | Lang | Pegasus | *Origami Design Secrets* p. 246 | TX 5-956-944 | 12/1/2003 | Pegasus; Pegasus (outline) |
| 7 | Lang | Praying Mantis | *Origami Design Secrets* p. 260;* http://langorigami.com/art/creasepatterns/creasepatterns.php4 | TX 5-956-944 | 12/1/2003 | Praying Mantis |
| 8 | Lang | Rabbit | *Origami Design Secrets* p. 530 | TX 5-956-944 | 12/1/2003 | Rabbit |
| 9 | Lang | Tarantula | *Origami Design Secrets* p. 300 | TX 5-956-944 | 12/1/2003 | Tarantula |
| 10 | Miyajima | Bat | http://www.h5.dion.ne.jp/~origami/e/bat.html | VA 1-753-432 | 12/17/2010 | Bat |
| 11 | Miyajima | Cat | http://www.h5.dion.ne.jp/~origami/e/cat.html | VA 1-750-656 | 11/30/2010 | Cat; Cat (outline) |
| 12 | Miyajima | Mommoth | http://www.h5.dion.ne.jp/~origami/e/mommoth.html | VA 1-750-727 | 11/30/2010 | Mommoth (outline) |
| 13 | Miyajima | Penguin | http://www.h5.dion.ne.jp/~origami/e/penguin.html | VA 1-750-675 | 11/30/2010 | Rockhopper |
| 14 | Miyajima | Swan | http://www.h5.dion.ne.jp/~origami/e/swan.html | VA 1-750-661 | 11/30/2010 | Swan; Swan (outline) |
| 15 | Miyajima | Weasel | http://www.h5.dion.ne.jp/~origami/e/weasel.html | VA 1-750-651 | 11/30/2010 | Weasel (outline) |
| 16 | Miyajima | Wolf | http://www.h5.dion.ne.jp/~origami/e/wolf.html | VA 1-750-659 | 11/30/2010 | Wolf |
| 17 | Alvarez | Macaw | *Origami Menagerie: 21 Challenging Models;* p.27 | Pending (as of 2/14/2011) | N/A | Parrot |
| 18 | Bandoni | Cyclommatus metallifer | http://origami.artists.free.fr/NicolaBandoni/FinalMetallifer/Cp_FinalmetalliferO1max.jpg | VA 1-766-658 | 3/8/2011 | June Beetle |
| 19 | Kawasaki | Kawasaki Cube #1 | *Origami for the Connoisseur* p. 30 | VA 1-751-606 | 1/4/2011 | Kawasaki Cube |
| 20 | Ku | Harpy | http://scripts.mit.edu/~jasonku/index.php?id=2004&model=harpy1 | VA 1-753-434 | 12/17/2010 | Angel |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT C

## (Certificate of Registration of Copyright for Lang's book *Origami Design Secrets*)

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-956-944

**EFFECTIVE DATE OF REGISTRATION**

12 / 1 / 03
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Origami Design Secrets: Mathematical Methods for an Ancient Art

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Robert J Lang

**DATES OF BIRTH AND DEATH**
Year Born ▼  1961   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
   { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
author of text and illustrations on origami and related mathematics

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
   { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
   { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003  ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 27   Year ▶ 2003
United States  ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
A K Peters
63 South Avenue
Natick, MA 01760

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
via publishing agreement

**APPLICATION RECEIVED**
DEC 01 2003
**ONE DEPOSIT RECEIVED**
DEC 01 2003
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

DO NOT WRITE HERE
FOR COPYRIGHT OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | *Aud/scm* | FORM TX |
| CHECKED BY | | |
| ☑ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▶                Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

**6**

*See instructions before completing this space*

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

new material

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

A K Peters, Ltd        Attn: Kathryn Wert
63 South Avenue
Natick, MA 01760

**b**

Area code and daytime telephone number ▶ 508 655 9933        Fax number ▶ 508 655 5847

E-mail ▶  kathryn@akpeters.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  A K Peters, Ltd.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kathryn Wert                Date ▶ October 30, 2003

Handwritten signature (X) ▼

X _*Kathryn Wert*_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address. | Name ▼<br>Kathryn Wert |
| | Number/Street/Apt ▼<br>63 South Avenue |
| | City/State/ZIP ▼<br>Natick, MA 01760 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev June 2002  ☻ Printed on recycled paper                U.S. Government Printing Office 2000-461-113/20,021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT D

## (Certificate of Registration of Copyright for Lang's "coopers_hawk_CP" a.k.a. "Cooper's Hawk")

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-700-768

**Effective date of registration:**

January 26, 2010

## Title

**Title of Work:** coopers_hawk_cp

## Completion/ Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 15, 2006      **Nation of 1st Publication:** United States

## Author

**Author:** Robert James Lang

**Author Created:** 2-D artwork, map and/or technical drawing

**Citizen of:** United States      **Domiciled in:** United States

**Year Born:** 1961

## Copyright claimant

**Copyright Claimant:** Robert James Lang

## Rights and Permissions

**Name:** Robert James Lang

**Email:** robert@langorigami.com

**Address:**

Alamo, CA 94507  United States

## Certification

**Name:** Robert J. Lang

**Date:** January 26, 2010



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT E

## (Certificate of Registration of Copyright for Lang's "Eupatorus gracilicornis CP")

**COMPLAINT**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-765-788

**Effective date of
registration:**

March 3, 2011

---

## Title

**Title of Work:** Eupatorus gracilicornis CP

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** September 12, 2005     **Nation of 1st Publication:** United States

## Author

■     **Author:** Robert James Lang

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States               **Domiciled in:** United States

**Year Born:** 1961

## Copyright claimant

**Copyright Claimant:** Robert James Lang

## Rights and Permissions

**Name:** Robert James Lang

**Email:** robert@langorigami.com

**Address:**

Alamo, CA 94507  United States

## Certification

**Name:** Robert J. Lang

**Date:** March 3, 2011

---

**Correspondence:** Yes

Page 1 of 1



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT F

## (*The New Yorker* article about Lang from February 19, 2007)

**COMPLAINT**

# THE NEW YORKER

ONWARD AND UPWARD WITH THE ARTS

## THE ORIGAMI LAB

*Why a physicist dropped everything for paper folding.*

by Susan Orlean

FEBRUARY 19, 2007



Robert Lang says of origami, "It's like math. It's just out there waiting to be discovered."

One of the few Americans to see action during the Bug Wars of the nineteen-nineties was Robert J. Lang, a lanky Californian who was on the front lines throughout, from the battle of the Kabutomushi Beetle to the battle of the Menacing Mantis and the battle of the Long-Legged Wasp. Most combatants in the Bug Wars—which were, in fact, origami contests—were members of the Origami Detectives, a group of artists in Japan who liked to try outdoing one another with extreme designs of assigned subjects. They engaged in the Bug Wars after one of the Detectives displayed what the group's Web site calls "an incredible secret weapon"—a horned beetle with outspread wings, which he had folded from a single sheet of paper. "Then the origami insect war got

full-scale," the English translation of the Web site continues. "They compared their confident models with others at their monthly meetings, and losers left with chagrin." During the Bug Wars, Lang was not yet a professional origami artist; he was a research scientist at Spectra Diode Labs, in San Jose, who did some paper folding on the side. He was busy at work—in 1993, the year of the Menacing Mantis, for instance, he patented a self-collimated resonator laser and worked on fibre-optic networks for space satellites—so he usually wasn't able to travel to Japan to hand-deliver his bug of the month. Instead, he would e-mail his design to an ally in Tokyo, who would fold it and present it to the Detectives on Lang's behalf.

At the time, Lang was in his thirties. He had been doing origami—that is, shaping sheets of paper into figures, using no cutting and no glue—for twenty-five years and designing his own models for twenty. He has always considered himself very much a bug person, but his earliest designs were not insects; in the nineteen-seventies, he invented an origami Jimmy Carter, a Darth Vader, a nun, an inflatable bunny, and an Arnold the Pig. He would have liked to have folded insects, but, in those years, bugs, as well as crustaceans, were still an origami impossibility. This was because no one had yet solved the problem of how to fold paper into figures with fat bodies and skinny appendages, so that most origami figures, even television characters and heads of state, still had the same basic shape as the paper cranes of nineteenth-century Japan. Then a few people around the globe had the idea that paper folding, besides being a pleasant diversion, might also have properties that could be analyzed and codified. Some started to study paper folding mathematically; others, including Lang, began devising mathematical tools to help with designing, all of which enabled the development of increasingly complex folding techniques. In 1970, no one could figure out how to make a credible-looking origami spider, but soon folders could make not just spiders but spiders of any species, with any length of leg, and cicadas with wings, and sawyer beetles with horns. For centuries, origami patterns had at most thirty steps; now they could have hundreds. And as origami became more complex it also became more practical. Scientists began applying these folding techniques to anything—medical, electrical, optical, or nanotechnical devices, and even to strands of DNA—that had a fixed size and shape but needed to be packed tightly and in an orderly way. By the end of the Bug Wars, origami had completely changed, and so had Robert Lang. In 2001, he left his job—he was then at the fibre-optics company JDS Uniphase, in San Jose—to fold paper full time.

Lang is accustomed to being surprising. Some years ago, he was the mystery guest on the television game show "Naruhodo! Za Warudo"—the Japanese version of "What's My Line?"—and he amazed the audience and the contestants, because they couldn't believe that an American could be an origami expert. People who know him as a scientist are flabbergasted when they hear that he is one of the world's foremost paper-folding artists, and are often surprised that such a thing as a professional origami artist even exists. People expecting him to be kooky—or, at the very least, Japanese—find his academic accomplishments and his white male Americanness puzzling. Recently, he was commissioned by Lalique, the French crystal company, to demonstrate folding at a launch for its new collection of vases, which are rippled and creased in an origami-like way. The launch was at a Neiman Marcus in Troy, Michigan, on a cold night just before Christmas. It was intended for Neiman Marcus's favorite customers, and there was music playing and waiters offering hors d'oeuvres and glasses of wine. Lang was set up in the china-

and-crystal department, behind a Regency-style desk. On one side of the desk was a stack of thin, square sheets of Japanese origami paper, as brightly colored as a roll of Life Savers. He had with him a laptop computer, and during a break he showed me software that he was designing with his brother, a botany professor, which simulates the growth of cherry trees and will allow farmers to test pruning and fertilizing techniques on a computer, rather than in their orchards. Lang is now forty-five. He is tall, with slim, fine-looking hands, a tidy Silicon Valley-style beard, and the clean, comfortable good looks of a park ranger. That evening, he was wearing a Glen-plaid sports jacket, a tie, and slacks. He settled into his chair and began creasing a sheet of paper into what would become perhaps a bird or a dinosaur or a tarantula. A woman in a knee-length shearling coat wandered over to watch. She stared at Lang's hands and then took fuller stock of him. After a moment, she nudged her husband, who was standing beside her, slightly bent under the weight of four shopping bags.

"My God, look," she said, pointing to Lang. "He's in a suit!"

Lang stopped folding and looked up at her.

"It's just … to see an artist all clean and dressed, and in a suit," she sputtered.

Lang smiled and said, "Well, my kimono was at the cleaners." He resumed folding.

"You're good at the origami," the woman said. "Have you done other jobs?"

Lang said, "Yes, in fact, I have. For years, I was a physicist."

The woman grabbed her husband's arm again and gasped, "Oh, my God!" While she was recovering, two men ambled up. "Do people, like, pay you?" one of them asked. Before Lang could answer, the other guy, brandishing a baby lamb chop, asked if he knew how to make the Statue of Liberty.

"Yes, I do," Lang said. "I'm not going to make it right now, but I do know how to do it." He put aside the piece he was working on, and took a new sheet of paper from the stack. He creased it, flipped the paper over, creased it again, lined up the edges, smoothed the sides together, pinched it here and there, and tugged on one edge. He did this with quick, meticulous movements, his hands crossing back and forth over the sheet as if they were tracing a melody. Suddenly, the sheet of paper crumpled and then opened into a shape—a tiny violinist, sawing away at a violin.

"That's just crazy, man," the guy holding the lamb chop said. "I mean, wow."

Lang grew up outside Atlanta. He was given an origami book when he was six by a teacher who had run out of ways to keep him entertained during math class. Lang took to origami immediately. He was fascinated by the infinite possibilities within the finite-seeming—the characters and the creatures that could almost magically come to life from an ordinary square of paper. He worked his way through the designs in one book and then another and another. He had many interests—stamps, coins, plants, bugs, mud—and he was, as his father, Jim Lang, says, "a super-duper math whiz," hooked on Martin Gardner's recreational math column in *Scientific American*. But paper folding engaged him most. He started designing his own origami patterns when he was in his early teens. He diagrammed them in detail on letterhead from the Chrysler Corporation Airtemp Division, where his father was in sales.

Lang went to college at Caltech, where he studied electrical engineering. "Caltech was very hard, very intense," he told me recently. "So I did more origami. It was a release from the pressure of school. I'd fold

things, record the design, and then throw the model away." He had never met anyone else who did origami, and he didn't tell people about his pastime. His wife, Diane, whom he met at Caltech when they both had roles in a campus production of "The Music Man," remembers visiting his apartment in Pasadena for the first time and finding little paper ants lining the shelves. "I guess I thought it was a kid's pastime that I hadn't grown out of," Lang said. "I was a little embarrassed about it." In the back of one of his origami books, he noticed the name and address of the Origami Center of America, which was founded by Lillian Oppenheimer, and was the precursor to OrigamiUSA, the national organization for paper-folding enthusiasts. Through the group, which is based in New York and now has close to two thousand members, Lang met other recreational folders and also people known in the origami world as "masters," including Michael LaFosse, John Montroll, Joseph Wu, and Paul Jackson. LaFosse trained as a marine biologist but left his job in environmental management in 1994 to open the country's first origami-only gallery, in Haverhill, Massachusetts, and was getting as much as twenty thousand dollars for such commissions as a Pegasus for an Hermès window display on Madison Avenue. Wu was a commercial illustrator, in Canada, who did origami most of the time, and Jackson, now in Israel, was an artist working with folded paper. Montroll, the son of a well-known physicist, had quit his job as an electrical engineer and become an origami-book publisher to support his folding habit. Montroll, in particular, inspired Lang: his animals were elegant and meticulous and his approach to design was totally original. He also made origami models of complex polyhedra that no one had thought possible. "John has done models in origami of all the Archimedean solids! All the Platonic solids! All the Johnson solids!" Lang said excitedly. "He did all the polyhedra!"

    Lang kept folding while earning a master's in electrical engineering at Stanford and a Ph.D. in applied physics at Caltech. As he worked on his dissertation—"Semiconductor Lasers: New Geo-metries and Spectral Properties"—he designed an origami hermit crab, a mouse in a mousetrap, an ant, a skunk, and more than fifty other pieces. They were dense and crisp and precise but also full of character: his mouse conveys something fundamentally mouse-ish, his ant has an essential ant-ness. His insects were especially beautiful. While in Germany for postdoctoral work, he and Diane were taken with Black Forest cuckoo clocks; the carved casings, pinecone-shaped weights, pendulums, and pop-out birds wouldn't seem to be a natural for origami, but Lang thought otherwise. He started a job at NASA's Jet Propulsion Laboratory, in Pasadena, in 1988, shortly after he had finished folding a life-sized cuckoo clock. It had taken him three months to design, and six hours to fold, and it made Lang a sensation in the origami world.

The Japanese have been folding paper recreationally for at least four hundred years. For the first two hundred of those years, designs were limited to a few basic shapes: boxes, boats, hats, cranes. Folding a thousand cranes—all of white paper, which was the only kind then used—was thought to bring good luck. The principle was simple. The sheet of paper was the essence: no matter what shape it became, there was never more paper and never less; it remained the same sheet. Japanese folding probably didn't spread directly to the West. There is no definitive history, although David Lister, a retired solicitor in Grimsby, England, and the author of more than a hundred essays on the subject, suggests that

paper folding developed independently in countries all over the world. In the nineteenth century, schoolchildren in Germany, France, and England made paper horses with riders, and boxes to trap flies, and it is reported that paper folding flourished in Spanish villages and prisons.

In 1837, a German educator, Friedrich Fröbel, introduced the radical idea of early-childhood education—kindergarten. The curriculum included three kinds of paper folding—"The Folds of Truth," "The Folds of Life," and "The Folds of Beauty"—to teach children principles of math and art. The kindergarten movement was embraced around the world, including in Japan, where Fröbel's simple folds merged with traditional origami. Japanese magicians of the time also began doing paper tricks as part of their conjuring. By the eighteen-sixties, Japan's isolationism was ending, and in the following decades those magicians travelled to Europe and the United States to perform. Suddenly, the kindergarten exercise appeared mysterious and wonderful. A square of ordinary paper creased and crinkled could come to life as a flapping gull; a sheet of parchment could take shape as a lion or a swallowtail. Professional magicians in Europe and the United States loved origami, and a number of them wrote books about it. In 1922, Harry Houdini published "Houdini's Paper Magic: The Whole Art of Performing with Paper, Including Paper Tearing, Paper Folding and Paper Puzzles." (He regularly did a trick known as "the troublewit," turning a piece of paper into an endless number of different shapes without any cuts.) In 1928, the stage magicians William Murray and Francis Rigney published "Fun with Paperfolding," with chapters on square folding, diagonal folding, and a complete paper-folding stage routine titled "How Charlie Bought His Boat."

In the mid-nineteen-forties, the American folklorist Gershon Legman began studying origami. Legman was a man of diverse inclinations: he collected vulgar limericks, wrote a book about oral techniques in sexual gratification, and is credited with having invented the vibrating dildo when he was only twenty. After becoming interested in origami, he made contact with paper-folders around the world—most significantly, Akira Yoshizawa, a Japanese prodigy who, before being recognized as an extraordinary talent, made a meagre living by selling fish appetizers door-to-door in Tokyo. What made Yoshizawa extraordinary was that he presented the art for the first time as a medium that could be creative and expressive—he devised tens of thousands of models, and was particularly famous for his gorillas. In 1955, Legman organized an exhibition of Yoshizawa's work at the Stedelijk Museum, in Amsterdam. Yoshizawa got even more notice the following year, when Robert Harbin published his book "Paper Magic." Harbin was the preëminent British magician—he was the first to appear on television, and he developed the now classic "Zig-Zag Girl" illusion, in which the magician puts his assistant into a cabinet and saws her into thirds. His book, a best-seller, praised Yoshizawa, whose work was such a departure that it might have seemed that there was no further you could go with a single piece of paper and some folds.

One clear, chilly day not long ago, I met Lang at Squid Labs, a high-tech research-and-development company headquartered in an enormous concrete building that used to be part of the Alameda Naval Air Station, near Oakland. Lang and his wife and their teen-age son live about twenty miles east of Oakland, in a comfortable ranch-style house that has a separate studio building in the back yard, where Lang works amid a clutter of math books, seashell guides, computers, and a menagerie of paper animals. He was spending the day at Squid Labs to use its industrial laser cutter to help him crease paper for some

complex folds. He said that he may be the first origami artist to use a laser cutter, which he dials down to a smidgen of its power, so that it scores the paper rather than slices it. Lang was working on paper prototypes for two commissions—one for an interior-design piece to be made of metal, another for a leather fashion accessory—and on a design he was making for himself, which he didn't want to describe, in case he jinxed it. All three of the designs were so intricate that it would have taken him hours just to crease the paper in preparation for the final folds. He was using large squares of tweedy-looking mauve Hanji paper from Korea, which is sturdy but still slightly translucent, like the flesh of a fish. It is one of his favorite papers; he buys it in bulk from an online supplier. Other papers he likes, which he gets from art stores in San Francisco and Japan, when he visits, are lokta, from Nepal; unryu, from Thailand; and kozo and gampi, from Japan. When he makes his most complex insects, he uses handmade paper from Michael LaFosse's studio. For a while, in fact, LaFosse had a paper in stock called Robert Lang Insect Paper.

Lang was, by all accounts, good at his science jobs: he wrote more than eighty technical papers and holds forty-six patents on lasers and optoelectronics. All the while, he was plotting how he would find time to write origami books. He published several while he was still in the laser world, starting with "The Complete Book of Origami," in 1989, but he knew that it would require all his time to write the one he had in mind, which, instead of providing patterns for folders to follow—the typical origami book—would teach them how to design their own.

The bad luck of the dot-com bust turned out to be good timing for him. Beginning in 2000, JDS Uniphase, which supplied components to computer companies, lost much of its business, so Lang's duties shifted from overseeing research and development to managing pay cuts and plant closings. "Laying people off was a lot less fun than inventing things," he said. "There were plenty of people doing lasers. The things I could do in origami—if I didn't do them, they wouldn't get done. Deciding to leave was a convergence of what I wanted to do plus what was happening at my company." Given his personality —composed, moderate, painstaking—it seems like an unimaginably audacious move. A lot of people, throughout history, have walked away from respectable careers to become, say, poets or jazz musicians, but there are viable markets, albeit small and competitive, for those pursuits. Becoming a professional paper-folder is chancier, since there is still no established market for origami as a collectible art form, and, until recently, it was not much promoted as one: Yoshizawa published books of his designs but never sold any of his pieces. I wondered if Lang's family wanted to kill him when they heard of his career plans. What he did, after all, is analogous to, perhaps, quitting a job as a neurosurgeon to take a shot at becoming a professional knitter. Diane has said that even though the transition seems as if it should have been scary, it wasn't. His parents were also sanguine. They'd had a somewhat similar experience when Lang's sister, who had been studying for a master's in microbiology, left her field to become an interior designer. Lang's mother, Carolyn, recalls, "I think I jokingly said, 'Are you going to be able to feed your family?' But I know Robert, and I knew he would have had it all planned."

The first part of his plan was to write the book he'd been contemplating while still at JDS Uniphase —"Origami Design Secrets," which was published in 2003 and lays out the underlying principles of origami and design techniques. He then set to work full time on designing new models and refining his old

ones. In truth, Lang is not entirely out of the science world: he was just named the editor-in-chief of the *Journal of Quantum Electronics*, published by the Institute of Electrical and Electronics Engineers, and he does part-time laser consulting for Cypress Semiconductor. He has also had a number of origami assignments that are specifically scientific. Most are for products that need to fold and unfold in a predictable and compact way. He was commissioned to design a pouch for sterile medical instruments that could be opened without having a non-sterile surface touch any sterile surface, and a cell-phone antenna that had to fit inside the body of the phone. One medical manufacturing company hired him to figure out how to fold a heart implant—a mesh heart support designed for people with congestive heart failure—so that it was compact enough to be implanted via a skinny tube but, when released from the tube, would unfurl properly around the heart. Lawrence Livermore National Laboratory had him work on a similar folding problem, but this time the thing being folded was a telescope with a lens a hundred metres in diameter which had to be packed into a rocket so it could be sent into space.

Many of Lang's commissions are less technical. He recently designed toilet-paper origami animals for a Febreze commercial, which were folded by a fellow origami artist, Linda Mihara, and last year, again assisted by Mihara, he created an origami world—forest, fields, deer, Victorian houses, a dragon—for a thirty-second Mitsubishi spot. He was hired to make a life-size Drew Carey for "The Drew Carey Show" and some airplane seats for the cover of *Onboard*, an aircraft-seating magazine, and to fold dollar bills into any shape he wanted (a birthday gift for a well-known fashion designer). He sells quite a few pieces to origami lovers—his most popular piece is a Hanji-paper bull moose, which is about nine inches tall and is available through his Web site for eight hundred dollars. Lang's favorite commission was to fold an endangered Salt Creek tiger beetle for an entomologist who collects Salt Creek tiger beetle art. "For me, that commission was like manna from Heaven," he said. "I'll never be done with bugs."

The laser cutter was growling away, scoring one of Lang's Hanji sheets. He twiddled with his computer. On the screen was a lacy geometric pattern. Lang had designed it with software he started writing in 1990 called TreeMaker, which is well known in origami circles; it was the first software that would translate "tree" forms—that is, anything that sort of resembles a stick figure, such as people or bugs—into crease patterns. Another program he wrote, ReferenceFinder, converts the patterns into step-by-step folding instructions. This secured his position as the most technologically ambitious of the origami masters. In 2004, he was an artist-in-residence at M.I.T., and gave a now famous lecture about origami and its relationship to mathematical notions, like circle packing and tree theory. Brian Chan, a Ph.D. candidate in fluid dynamics at M.I.T., told me recently, "That was a huge lecture. It got everyone talking." It inspired Chan to put his hobby of blacksmithing on hold and take up origami; he and Lang are now regular participants in an annual competition that is a friendly continuation of the Bug Wars. Last year's theme was a sailing ship. Lang wasn't happy with his entry—a sailboat with its sails down, revealing its skeletal masts—but talks enthusiastically about Chan's. From a single sheet, Chan created a brig under full sail being attacked by a giant squid.

Something about origami's simplicity and its apparently endless possibilities appeals to people. In 2003, the Mingei International Museum, in San Di-ego, mounted an exhibition called "Origami

Masterworks," which included several of Lang's pieces. It was supposed to run six months, but attendance was so robust that the show was extended for six months, then for eight more. In Japan, the "Survivor"-style show "TV Champion" has often featured contestants engaging in extreme origami —folding with their hands in a box, or while balanced on stools with the paper suspended above them, or while snorkelling in a fishtank. A surprising number of countries have origami organizations; the Origami Society of the Netherlands has more than fifteen hundred members—probably the highest per-capita membership in the world. There is a soothing element in the monotony of folding and unfolding. In fact, origami as therapy has its proponents: in 1991, at the Conference on Origami in Education and Therapy, a mental-health professional presented a paper detailing her origami work with prisoners. "The most rewarding of experiences," she wrote, "was that of observing the effect that Origami had on psychopathic killers."

A few months ago, I went to a meeting of the Orange County offshoot of the West Coast Origami Guild, which is one of several groups near Los Angeles. (Its motto is "We fold under pressure.") Lang was active in the group when he was at Caltech, and members talk about him in the most admiring tones, but with comfortable familiarity. One of the interesting things about origami is its egalitarianism—experts consort with hobbyists, and share the secrets of their work. The meeting was held in the craft room at the home of Carol Stevens, a tall, jolly woman who teaches paper arts in schools and senior centers; I had been sent directions to her house by a guild member who signed her e-mail "Merry Creasemas!" When I arrived, Carol was setting out refreshments. A few people were working from a book titled "Multimodular Origami Polyhedra: Archimedeans, Buckyballs, and Duality" ("We can fold them," one of the folders said to another, "but we don't know how to pronounce them"); another group was flipping through "Jewish Holiday Origami"; and a retired computer engineer named John Andrisan was creating a bra out of a dollar bill to illustrate a story he was telling about a lunch he once had at Hooters. At a back table, an older Japanese man was teaching four people how to make a twisted box. "Madam," he chided one of the students, "you may know how to handle men, but you don't know how to handle paper." During a break, I asked the instructor how long he had been doing origami, and he said, "In 1986, I lost my son, I got divorced, my life …" He stopped and winced. "Origami was my savior."

Lang believes that there is still much more to do in origami. "It's like math," he said to me one day, as we were having lunch at a burger joint near his studio. "It's just out there waiting to be discovered. The exciting stuff is the stuff where you don't even know how to begin." He wants to improve his human figures, work with curved folding, and keep refining his insects. He wants to fold a better mousetrap and a better mouse. His primary interest is in the art of origami, but he has great faith in its expanding practical potential—solar sails, air bags, containers, shelters, medical implants. He had a recent message on his voice mail from someone who wanted to discuss using origami in the manufacture of plastics. We were about to leave the restaurant and head back to his studio. Before we left, I couldn't help but ask him to do something pretty with his placemat. It was just a flimsy rectangle and had a few grease spots from his sandwich, but he flipped it and folded it and did some magic, and left the waitress with a perfect white boat. ◆

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



# EXHIBIT G

## (Morris interview from September 2007 issue of *Res* magazine)

COMPLAINT

# INTERVIEW WITH SARAH MORRIS

**KENAN ERATALAY**

*When I first contacted Sarah Morris' manager Robert Schmaltz, I told him the dates that I was going to be in New York, and he invited me to the Guggenheim Museum where Ms. Morris would be holding a conference and meeting for art aficionados. This was part of a program the Guggenheim Museum started in order to bring the artist and the public together (a great idea). There were at least 100 people in the lecture hall, each having paid $10. Ms. Morris talked for almost one hour about her art, her films, and also about her building projects; the result was a wonderful experience. After the talk I met Ms. Morris and Mr. Schmaltz over cocktails and we set an appointment for next morning. We met at Milkshake, a very nice café, and I put the tape recorder on table. I rarely found the need to interrupt Ms. Morris as she talked – she was so natural and expressed her thoughts so clearly that I wanted to write the interview all in her words and expressions. As far as I am concerned, I would have talked with her for another four hours easily, but she was on her way to her summer house and had to go, leaving me with a share of the excitement she has for her work.*

**SARAH MORRIS** I am shooting a film in Beijing at the time of the next Olympics so that is why I've been repeatedly going there and also I have a series of new paintings about Beijing.

**KE** Those rings?

**SM** Yes, the rings. Also this ideaof the history of origami interested me because everybody assumes it is Japanese and it is actually Chinese. I liked the idea of origami because it parallels the history of the advent of paper. There are contentious theories about where it actually developed but they do assume it developed at the beginning in China. I also like this idea that with a limited actual formal piece of paper you can create a very complex form. There was a very intriguing article in the New Yorker magazine a couple of months ago about how origami is used now for scientific solutions to do with a heart valves, for instance. They use this idea of folding something that can then expand into something else in another situation and be sterile at the same time; you know no one touches it.  This is very interesting to me.  I also like the idea of origami as a sign of something to come. Cinematically, it is always used as a sign. You're not really sure of what and I feel like that's very similar with Beijing or China, in general. Everybody wants to be optimistic and think progressively, but I'm not really sure that we should be celebrating this form of capitalism.  It's up in the air.  When you go there, even with this concept of congestion and the city, there is a slowness there, which actually saves the city.  If it was like New York City, with this level of mass, it would be intolerable. But there is something that is balanced there in the sense that the speed of the city is very slow. It is almost static!

The mass there is overwhelming. People, bicycles, cars, buildings, etc. It really feels so multiplied. I can only speak about it in this effect. We went to scout in a place in the center of the city where Rem Koolhaas was supposed to redesign this building and the plan fell apart. It's called the Beijing Books building and it's a building from the 1980s located on the main street. There are so many people there rabidly consuming books. It's a frenzy. You go in there and you feel overwhelmed. You are in the mass.

RES SEPTEMBER 2007

All these people using it as a library in the true sense that this moment of browsing is this consumptive act and it's obviously very progressive because this has been historically denied to them. The books are there, you see everything from Marx to Don DeLillo.

**KE** Did you go to Big Wall?

**SM** Yes.It seems that there is an idea in China that through this mass you can achieve anything. If you can organize this mass and get it into a momentum there are no limits. This is something that I was introduced to probably when I was a kid by my father speaking about China. I mean, this is not always good and not always progressive because you can have very highly developed situations where a mass of people is working around the clock on all of these building projects and one of the architects there told me that it was okay that all of these workers were being paid the equivalents of 2 or 3 euros a day. Another person I know told me that this was a gross exaggeration of what they were actually being paid.   But again, it is relative in terms of how much their needs cost. There is a very different economy there. But really it is the idea that if you can move a mass and move it into momentum, you can achieve anything. You can build a building that looks like it is falling down. You can kill out a whole beetle population, kill off an insect if you wanted to, get rid of pollution, etc. In a way, there is something parallel to that in the idea of approaching art as a system that is an open structure. Umberto Eco talks about it in *The Role of the Reader*, that you create something that is an open structure that is larger than yourself. Larger than your intention. A lot of art does function like this, and some more than others. You have an open structure that almost moves in its own momentum. That's how I feel like my work develops. You come up with a set of rules for yourself on how you're working and how you're thinking about things and how you're codifying things and reducing things. For instance, with the films I only use people as citizens, I don't use actors, as actors, there's no drama involved, there is no script involved. It's all cinema verite, there is no lighting, there is no script. There are rules that I have in place that are actually much stricter than anything that developed years ago with Dogma in Holland. It is completely different than that. When all of my films shown in the Rotterdam International Film Festiva, and I was the guest of honor, of course people talked about this idea of Dogma, and actually their films were very interesting but this is different. To me that is acting, you're still coming up with a script, you're still directing in a very concrete way. With my films there are only narrative possibilities because you're creating fragments of narrative scenarios through situations, through reality. I liked what Robert Towne said to me which I showed the other night during the Guggenheim talk, which was "your job as a director is to appreciate the situation as fast as possible". That is completely what I try to do. I try to enter situations that I know are already happening. To be in Beijing in August 2008 or to be in Los Angeles during the Oscars or to be in Clinton's White House Cabinet Room at the end of an epoch, the end of a particular administration. You place yourself at the particular coordinates which are not simply geographical coordinates of a specific time and it reveals a complex form. You obviously can play with these scenarios later on or heighten them or undermine them but you know that the scenarios are there. They're part of our popular vocabulary, they're part of our consciousness.

**KE** Do you digitally change things while you are editing?

**SM** No.

**KE** Colors?



Sarah Morris, 1976 [Rings], 2007
Household gloss paint on canvas 60 1/16 x 60 1/16 in. (152.5 x 152.5 cm)

**SM** Color, yes. Absolutely, there's color correction. Another thing that I didn't really go into is that by using these parallel worlds to art, whether its politics, entertainment, journalism, the literary world, graphic design, behavioral psychology, if you use these other worlds you can possibly learn something. You can actually learn something that's very interesting. You can pick up certain vocabulary, a way of thinking about working, a way of thinking about process and I find too often that these arenas remain too isolated, whether it's science or literature. But we know experientially that they are not really isolated at all. Definitely I want to be involved in all these different worlds. I guess that goes back to when I stated that it's not like someone starts just in art....

**KE** You plan a lot of things in advance because you can't make a mistake later on. And in your work I see that sort of detailed preplanning. I see your paintings, I examine the lines carefully, there are no shades in colors, and everything looks as done at once. That's what it looks like anyway.

**SM** Well it's a series of steps.   Both of my parents are from science backgrounds so I grew up going to my dad's laboratory and seeing the whole system of how they code all the tubes, how they work from theorems and reduce the impossibilities, ultimately how they have a system for interpretations the world. Science doesn't exist just by itself. I was very well aware growing up how the funding of science is extremely political, how the grant writing system works, and how the publishing of writing influences what you can do. This arena fascinated me, also through its fallibility, the limits of science. For instance the idea of science and capitalism heading in the same direction instead of as a challenging force in the culture. When I was studying I was very interested in theories of science, like the idea that you can't prove anything, all you can do is go through a series of disproof's. I like this idea a lot. This was Paul Feyerabend's in Against Method. It's actually very parallel to Frank Stella and the idea that you have what you have. A particular American form of materialism...You can't really prove anything except for the facts or the reality that you have.  I'm very captivated by science fiction, in particular the work of J.G. Ballard. Going back to this issue of reality there is almost no reason to create fiction because there are so many unresolved scenarios that we witness daily and that we know how to read as fiction or as narrative that absorb us and then we lose the thread. It happens with journalism all the time. There are stories that become very powerful in the popular imagination and then they disappear. It is tragic and beautiful.

**KE** You said you didn't go to art school, and you opened your first exhibition in Saatchi & Saatchi?

**SM** No. That was a group installation called the "Young American" in 1997.

**KE** Which school did you go to and what did you major in?

**SM** I went to Brown University and I majored in a department that was at the time called Semiotics which was basically cultural theory, film theory, political theory taught on an undergraduate level, a very interdisciplinary approach to the text whether it be literary, film or art. But it was the only



Sarah Morris, 1988 [Rings], 2007
Household gloss paint on canvas 84 1/4 x 84 1/4 in. (214 x 214 cm)

program in the country at the time that functioned like this on that level. I went to this program because putting together politics, literature, art, film and looking at it in almost Marxist reading of how to look at things in a context seemed very stimulating.

KE What is it that moved you towards art?

SM All of my friends at school were making films. I never really made films at that point because it was way too expensive. I just read all the magazines...It was through the reproduction of art that I became involved.

KE You call them films or movies or...?

SM Films.

KE Installations or films?

SM I would say that I'm an artist and I make paintings and films. And if someone asked me to be a bit more specific I might say I make short films.

KE That is the kind of films you make. I'm talking about the context. You don't have any script, you change places, you have a music that is composed without seeing the movie. Do you put the music and film together yourself afterwards?

SM Yes, I do that. Usually what happens is that it's like a vocabulary of different sounds and compositions that are the audio and these obviously have very different meanings and very different nuances. What I'll do is I'll take those 50 components and I will place them in various alignments with the image. But sometimes I will do something to undermine the image or the music itself. It's not always that I'm using one thing to heighten the other. I'll sometimes use it in a contradictory way.

KE So you use it as a tool. The music is sort of a tool in your films.

SM Yes.

KE And who makes the music?

SM Liam Gillick. He usually knows the subject matter well because I've spoken about it enough and there's usually a point as I said before. I use my filmmaking as an excuse to get to know something that I don't know about or I want to be involved with. I did a talk with Hans Ulrich Obrist and Rem Koolhaas and they said: "So you're saying that art could be defined as some sort of exploratory learning process?" The answer in short is yes. A politics of engagement. But to use something as an excuse to be in a certain situation, to meet new people, to see situations that I would normally not see as an artist and not just be exposed to them visually and aesthetically. For example, to look at the way Beijing is structured, the colors, how everything looks mute there, the colors look very bright but at the same time they look like they're in a desert, they look sun blasted, sand blasted and sort of faded. There's something faded and second hand about the place. Even though they make it shiny and new it's to do with the dust that is constantly coming from the desert and it's also to do with the pollution. It's also to



Sarah Morris, Rabbit [Origami], 2007
Household gloss paint on canvas 48 1/16 x 48 1/16 in. [122 x 122 cm]

do with the economic forms, like what happens when you have rampant, out of control capitalism, what does that look like? This is very interesting. It goes back to science fiction and time being accelerated. But also trying to expose yourself to something that you would normally judge… Los Angeles may be a better example that you have a city that is represented internationally by this one industry, the film industry. Whether it's right or wrong, who cares? That's what Los Angeles is represented by; this export that it pumps out to the whole world, controls everybody's dreams, attempts to control everybody's idea of beauty and desire, controls different narratives, everything…But this idea is very easy to critique. This isn't necessarily a form but there are elements of it that are actually really fascinating.  It is like talking about your friends in movies and how they might talk. The way they talk about the future, the way they talk about their projects, the way that they're constantly in the future. This is very similar to artists because as an artist it doesn't matter how many problems I'm confronted with in the studio, like a problem with a painting, a problem with a contact in a film that might not be returning a phone call… It doesn't matter how many problems that are going on, ultimately you're always thinking about the future as an artist, you're always thinking about the interface between your work and a possible future audience or a possible dialogue that hasn't yet quite become materialized. You are working towards possibilities. So you're working to make this dialogue more clear or simply something that becomes tangible. As an artist that is what I am constantly thinking. With film development, what I observed and absolutely adored, if not fetishized, is the idea of discussion, the idea of projection, the idea of the future, the idea of the multiplicity of projects, co-authorship. You have a basic idea of talking, and they really have a fixation with talking…  Even more so than in the art world.

**KE** You probably spend more time on your films than your paintings in the preparation phase, like set up contacts, arrange everything…

**SM** If you actually measured it on a timeline, then yes you're right. But then it is hard to measure it on a timeline because there are low level things that are constantly going on while something else is going on. To me it's normal. For instance, we're at a café right now that is putting up a structure and there's another structure behind us that is being taken down. This is a constant thing. This idea of a fetish for the marginal in art, you know it's not the only story of art in the 20th century because you have Duchamp and there are many people who counter that. You are constantly battling the fetish for the marginal or the abject or behavior that basically teaches artists to enjoy being marginal and not being part of a mainstream. I think this is changing for sure but there are obviously norms and conventions in art that are more rewarded than others.

**KE** When you say "mainstream" you mean for common public right? And do you expect that the common public appreciates your work or is it meant for a  certain population.

**SM** I don't really think about a specific public when I make my work. On some level it is a very selfish

thing that I do. You make your work because somehow it satisfies you. It pleases me, it satisfies me, I like to be in these situations, I like to make this type of work. Again, it's about making a structure that is larger than you that can somehow propel itself forward and then you get a feeling, almost a very transient sort of ephemeral feeling, in the most positive sense of that word. You get the feeling like you're creating something that is lighter than you, that somehow is a vehicle. Not only is art a result of conversations but it is a vehicle for conversations and that is the part that expands beyond you but the initial starting point is "I want to think about this" or "I want to be in this situation" or "I want to make this thing that has a scale that somehow moves one past oneself, moves one past these ideas of 'marginal' being the subject for art, and moves into realms of issues about economy, politics, science, industrial design, behavioral psychology, all of those things that can move." You can start to talk about art as something that could possibly raise issues in a lot of those fields and the idea of making this thing, which in my work is actually literal. With other people's work you can talk about relational aesthetics, for instance, in a way that goes beyond specific practices. You can look at all work as existing in a context, you can look at any piece of literature, any piece of art, as enmeshed in economic, political, and social milieu. Obviously we all know this. But I think my work specifically does this in a sense that it is just one fragment, it's not actually resolved. The work expands in a way completely off the canvas and moves on into the next piece. It really is unending. It is about creating an after-image of these late capitalist forms. But it is an after-image similar to blinking your eye and still continuing to see part of an image or the structures that were in front of you.

KE So you use household paint. And you don't use shades, just red or yellow or white.

SM Well that's not totally true. I'll make a very specific palette and it is mixed by a computer. It is household paint. I'll bring in a predefined paint chip like banana yellow and the computer at the paint store will match the color. I don't mix it in the studio but obviously they make a tint, a hue in the shop. I started working with household paints again because it was the easiest and simplest thing and also I was teaching myself how to paint, so this other stuff was way too complicated. I also didn't like what it was attached to which is this super-preciousness, what I consider craft.

KE Let's talk about the ring paintings. Unlike your building paintings those ring paintings have dynamic sense in them. The building paintings are static, strong, standing. That is the impression I got from your exhibition. Rings are more dynamic, moving.

SM It's funny because I just got this request the other day to be in a show in Basel. This idea of machines. With the machine people always think of Warhol, the desire of being a machine. I don't have the desire to be a machine but I have the desire to be part of a machine. It goes back to this idea of a large structure or large mass in momentum. In the ring paintings there is something very fragmentary and in motion. It is like taking a stop motion fragment of a system in work. Right now I think there are 6 ring roads in Beijing and they are huge, something like 6 lane highways that create the system of Beijing. Unless you are driving you don't really realize it. Otherwise you don't even think about this. It is a series of rings and they have three more rings in development and on each side of the highway there is something like 6 lanes. These are huge, massive roads. This isn't Munich or Frankfurt, these are enormous rings that make the city. It is actually very hard to have a proper sense in these rings because of what rings do. Frederic Jameson discussed this in relation to the Bonaventura Hotel in Los Angeles. The level of disorientation in relation to the self. That's why perhaps after they complete some of the architecture there, maybe the buildings will become markers in the city where you'll be able to

orient yourself. Obviously the grid is much more straight-forward, it's much more condensed. Beijing is a very decentered place. You've got Tianenman Square which is like the heart of the onion but there are all of these rings. If you came to the studio, and looked at the wall of the studio now, there is a map of Beijing made up of names, names of institutions and names of people.  We have the International Olympic Committee and then we have the Beijing Host Committee, then we're working with another group called the CFCC, which is the China Film Co-Production Corporation, and all of these bureaucracies are so Kafkaesque.  It goes back to the way the city is actually planned, like something within something within something and the idea of no one person taking responsibility for it at all. Again, this lightness and mass in motion that is equally fascinating and frustrating from a Western position of trying to get things done, because you're completely not used to this way of working or this way of abdicating responsibility. Everything about the Enlightenment or Rousseau forward is about the social contract of responsibility and the individual. It is so contrary there that you really have to stop thinking this way to get anything done. You just have to accept that this is the way this system works. And it does work...

I am really trying to have conversations with the Olympic Committee and it is very difficult right now because they really look only towards the news or media. Art is not a media for them and I don't know who is responsible on an international level in Switzerland for this idea of appreciating art and the Olympics. Because I need to find out who will be the best person to have a conversation with, I wrote a request to the president of the IOC. He is a doctor and his name is Jacques Rogge.  His office wrote back to me and said, this is very Kafkaesque, they said: "Really you should be going to Beijing, BOCOG (Beijing Organizing Committee for the Olympic Games) should handle this."  I had a meeting with them and they had already told me that I have to go to Switzerland for this type of request because I am not paying millions of dollars to broadcast something. They sell the image of the Olympics. The filming rights is a big business. So there's a very special exception that I need to have them make for me and of course BOCOG said "We can't make this decision, you have to go back to Switzerland."  I went to Switzerland and Jacque Rogge's chief of staff said "You need to go to BOCOG" and we're trying to say to him "BOCOG already sent us to you!"



Sarah Morris, Cat [Origami], 2007
Household gloss paint on canvas 84 1/4 x 84 1/4 in. (214 x 214 cm)

**KE** You should go to the company that bought the TV or the image rights for the Olympics because they sell them. Someone buys it for NBC or ABC.

**SM** Two or three people have said this to me now. The American people are the NBC and the British people are the BBC and BBC is much more interested in cultural production and arts. I've been on a number of their programs so we're talking to the BBC right now about this sort of strategy. Going back to your idea about going in with somebody else who has already bought the rights is a very good strategy but it might be more interesting and more rewarding if I could just get the International Olympic Committee to recognize me and say " this is a special exception, the film that this person is making will have a life way after NBC and BBC stops reporting... it is promising for us to have this document".

**KE** It is an art project too. It is not TV.

**SM** Yes, and it does not compete at all with what they've sold because I'm not going to broadcast.

**KE** The Sydney Olympics brought 92 billion dollars to Sydney, including everything. It's a big business, so every photograph of an athlete running belongs to the companies who bought the rights. Even a piece of paper produced has a copyright. So you cannot reproduce it, you cannot use it.

**SM** There are several strategies for a Trojan horse.

**KE** You said in your conference that your works were political. In what context are they political?

**SM** Imagine if you saw a piece of paper describing a synopsis of someone's activities and I said to you that somebody makes paintings that use the titles of the institutions and corporations of the West. Even without telling you what anything looks like, that in itself becomes political. It's like a game of Monopoly. You are appropriating social forms that are not yours. They are mine in the sense that I view these things as public. The paintings are made by me. Authored by me. If I want to make a piece called "National Geographic" or "Department of Energy", I will. The boundaries between public and private, I certainly don't respect. I think all of these forms and all of these images are public and there is a certain provocation about that. If you go to these structures, these institutions, there is a physical sign that says "Private Property". These institutions are not public at all. I mean, Revlon, UBS... these are not public institutions.

**KE** So you are sort of protesting?

**SM** I'm not protesting, but there is a certain rhetorical function of titling things in this way and also doing it in an accumulative, serial way that somehow lessens these structures at the same time making it clear to you. There is a book called "No Logo" by Naomi Klein, which is a very good book. It is about the World Economic Forum and late capitalism and how these corporations are basically governments. She has a very structuralist viewpoint on the forms or organizations that are in power. These are the people who are making legislation, making decisions, "we are not in a democracy...", and so on. But actually I think things are more fluid than that. I think there is a space, there is a cultural space and a political space where people can change these institutions or can change the perception of an institution in the blink of an eye. The French writer Louis Althusser wrote a lot about these structural forms and how they create a hegemonic force with no way out, no theory for cultural change. Suddenly Al Gore makes the film "The Inconvenient Truth". Suddenly there are five million feature articles on 'going green'. You have the world's most famous movie star under 40 posing with a polar bear. This sounds really absurd and trivial but what I'm really trying to say is that everything is just perception and in constant flux and it is up for grabs. Appropriation is not just about Richard Prince appropriating a Brooke Shields photograph. It can be saying this zone over here is actually ours. It is a political act to say that. Even the United Nations... For the last couple of years the UN park has been closed and it's been upsetting me because that's ours. That's a public park. And it was shut because some guy jumped over the fence and shot at the UN and it became a security concern of the park for a while. These things are ours, yet they are all up for grabs. I think even looking at this notion or thinking about how that could become a cultural form or an artistic form or could make an artistic practice, that itself to me is political model.

RES SEPTEMBER 2007   11

**KE** What about Middle Eastern culture and art. Are you interested in that?

**SM** Yes, I am very interested. I'm not that knowledgeable. I had a very good friend who was in the Mujadin in Afghanistan. I know a bit from friends of mine who have very captivating lives and trajectories. Like this friend of mine, we always had a joke that he was brought over to Harvard by the CIA. This is all pre-"9/11". I don't know that much, but it's obviously very interesting because it's completely intermeshed.

**KE** Are you interested in buildings? Because in the Middle East there are different buildings.

**SM** If I was not shooting this Beijing film, it would be in the Middle East. But I wanted to do this now because the Olympics are so fascinating an event. There is a very capitalistic form, which is the IOC, which is very extreme as you were saying, the image as a commodity, the information as a commodity, the information being highly controlled and distributed. But at the same time it is a public world event of politics and unification and so on… This contradiction is thought-provoking so I have be involved now, but I am very interested in the Middle East. I've been thinking about it for years… ∎

Sarah Morris, Swan [Origami], 2007
Household gloss paint on canvas 84 1/4 x 84 1/4 in. [214 x 214 cm]



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT H

**(Morris interview from**
**www.theadamandeveproject.com)**

**COMPLAINT**

To receive our newsletter  enter your email        | Go |

Follow us on [Twitter](#) and [Facebook](#)

# Adam & Eve

1. [Home](#)
2. [Projects](#)
3. [Artists](#)
4. [Streams](#)
5. [About](#)
6. [Contact](#)

[Shop](#)

 *Sarah Morris*

 *Hans Ulrich Obrist*

## A Diagram of a Headache

by [Sarah Morris](#) and [Hans Ulrich Obrist](#)

### Introduction

The celebrated British — American visual artist Sarah Morris is photographed in her New York studio, which happens to have the best views of NYC. Sarah also speaks with Hans Ulrich Obrist, co-director of The Serpentine Gallery, London and Daniel Birnbaum, Director of Visual Arts for the Venice Biennale, about her painting process, the Beijing Olympics and the art of always saying "yes".

### Gallery

Sarah Morris in her New York studio

[><](#)



## Interview

Hans Ulrich Obrist and Daniel Birnbaum speak with Sarah Morris

*Sarah* ... she said that I drank a large bottle of alcohol and started thinking about the concept of failure, which was not quite true.

*Hans Ulrich* Who said that?

*Daniel* The journalist.

*Sarah:* They said that I said that. They tried to make it into a quote, which is totally not like me. I was talking more about the idea of this Los Angeles strategy, which I talked to him about: Never say no". You always say "yes" and you keep conversations going and keep them constantly up in the air. This is a Chinese strategy too, a way of dealing with bureaucracy. But it drives you absolutely insane because you never get to the end of the conversation — you never get through the door.

*Daniel* You never reach a conclusion, actually.

*Sarah* You never know where you are with the gatekeepers and it was funny because I started talking to Hans Ulrich about this and also to architect Jacques Herzog because I thought "How am I going to get into this situation"? Because for me it's all about being in a certain situation and almost having this fantasy of being in a certain situation. I realised that actually it went back to Switzerland, so I had to convince the International Olympic Committee to say yes, so I could film in Beijing. And this has been going on for two years...

*Hans Ulrich* And then we had a former diplomat who started to help, Mr. Uli Sigg, a former Swiss ambassador to China and a great collector who actually introduced me to China.

**Sarah** Yes. He is interesting because he is amazing on the phone. He is very humble about what he can do.

**Hans Ulrich** And he brought the architects Herzog & de Meuron to China, too. He was the junction-maker. He also made Ai Weiwei happen. He brought the artist and curator Ai Weiwei and Herzog & de Meuron together.

**Sarah** Right. The IOC said no to me three or four times and I just didn't accept that. I played the same sort of strategy. And then finally I asked the curator Glenn Lowry to write a letter to them and I went to Lausanne. I just insisted on going in person. And Uli helped me with that. I had a meeting and the day after the meeting they said "Would you give us a copy of the film for our archives?" I said, "Sure, no problem".

**Hans Ulrich** And it was done?

**Sarah** They said yes. It was really great.

**Hans Ulrich** So one can say these paintings, the Rings series, almost announce your Olympic project.

**Sarah** Yes. Well, it was interesting because the show in London at White Cube was in the summer so I think the effect of combining it also with the Munich film functioned like a caveat of sorts. The 1972 Olympics was not just a failure, it was actually a huge success in some ways if you think design-wise. What the architect Gunter Behnisch did, and what graphic designer Otl Aicher did, was successful.

**Hans Ulrich** I went to interview Behnisch in Stuttgart and it was so interesting. They had Frei Otto do the roof and they got all the great engineers from all over Europe moved to Stuttgart for that construction site. It changed Germany somehow. It built up an incredible amount of intelligence.

**Sarah** Yes, incredible! I started thinking about this and entered a competition by the Suddeutsche Zeitung newspaper and started really exploring this idea. I thought, "This is impossible, I can't submit this idea" — the idea of a film about the failure of the 1972 Games through the eyes of Georg Sieber who was the scenario planner for the Olympics and the head of security. And then the Lenbachhaus Museum said, "We've heard"! They knew I was doing the research and they said, "We want to show it first".

**Hans Ulrich** I was always wondering about the process with the paintings?

**Sarah** It's completely insane. I joke that they are the diagram of a headache.

**Hans Ulrich** That's what I was imagining. How does it work exactly?

**Sarah** You actually can't see any because what happens is it's incredibly slow, incredibly monotonous, very meticulous, and that open structure of how the paintings are made allows me all the other time to do all the other things that I desire to do. One needs time to have all of these conversations.

**Hans Ulrich** Are you involved in realising the paintings?

**Sarah** Yes, I am, but I have a number of assistants who help me with many aspects because of the math alone; plotting all the co-ordinates takes hundreds of hours. We do it on the computer and then we scale up the plans and then we mark all the spots and use this automotive tape that you can only buy in Switzerland. It all goes back to Switzerland. We can only get the tape there and we follow a precise process. So we never see the painting until the very end because it's a process of masking and many, many layers. A painting has perhaps twenty-five layers, so at the very end you remove the tape and sometimes colours are adjusted and continue to build up. It's quite slow. I think in a way that's the co-dependency of the paintings in the film, almost in a durational way. Films are obviously very expensive, very fast and very collaborative in terms of how many people it takes to co-ordinate the films. I want to show you this wall because you were talking about this eleventh dimension thing.

**Hans Ulrich** Yes, the eleventh dimension super-string thing. What role does the computer play?

| | |
|---|---|
| Sarah | I'll show you. For instance, this here is the map of Beijing now in terms of conversations going on and the connections of certain gatekeepers, which we were talking about earlier. I have hundreds of conversations constantly going on. Some conclude with placing myself in a situation and the ability to capture an image. Some don't result with an image at all but affect the way you might approach an image or its production. So anyway, you have all these individuals here on the wall, which I view as portals into a city… This is the guy who finally said yes to the project going ahead after this guy had said no four times. This guy wrote me an email two weeks ago, it was the night after the Whitney Biennial and I was hung-over. I was like, "I don't want to open this email because I don't want to hear the final no". So an hour passed and I opened it and he said he knew that he originally had to reject it purely for logistical reasons but the President of the IOC, Jacques Rogge, had personally said yes. |
| Hans Ulrich | Congratulations! It's really amazing. |
| Sarah | They said it's not like authorising a Gursky photograph, where it's one spot and a photograph. It's a whole team of people and you're moving around in the stadium while an event is happening. We were also talking to Steven Spielberg's office at DreamWorks because he was supposed to be the co-director of the opening ceremony. |
| Hans Ulrich | Before pulling out. |
| Sarah | Yes. Mia Farrow wrote a letter to the Wall Street Journal saying Spielberg would be incredibly hypocritical if he were to direct this event and so he did pull out. It also probably had to do with the writers' strike on top of that because basically Hollywood shut down for five months. |
| Hans Ulrich | So it is the idea of a portrait, somehow? |
| Sarah | Yes. |
| Hans Ulrich | It's a portrait of the Olympics. |
| Sarah | Yes, but there'll be many others — like all of my films, the city films, there's around one hundred and fifty locations. |
| Daniel | Wonderful coffee! |
| Sarah | Yes. |
| Hans Ulrich | Yes, thank you. Excellent coffee. The best coffee in New York! |
| Sarah | It is! We debated about getting an espresso machine for a while because we felt we'd all be completely jittery, but we are that way anyway. This guy, here on the wall, Tony Podesta, uses the term 'effective' all the time, I love him! He speaks only in statistics. He always talks in percentiles. If I tell him I want to shoot in the Cabinet Room at the White House he says, "Twenty five per cent". He rates your chances. I thought this is such an interesting way of talking but it's actually quite realistic, it lets you know what you're up against. And he's very good at this networking. |
| Daniel | What about this odd person, Hans Ulrich? Did he say anything about percents? |
| Sarah | He didn't say anything about percents. He said, "Get in touch with this guy, Uli Sigg", whom I had never met. |
| Hans Ulrich | I had helped to establish the Ole Scheeren connection. |
| Sarah | We had a big conversation about population density and bacteria last time I saw him. |
| Daniel | Ole is very nice. |
| Sarah | Yes, he is. |

| | |
|---|---|
| *Hans Ulrich* | And you met Fan Dian, the guy from the National Museum in Beijing. |
| *Sarah* | Yes, and Michael McDermott who helped to produce The Inconvenient Truth is helping us now. There are a lot of strange bureaucracies that you have to negotiate. |
| *Hans Ulrich* | You met Wang Hung from Time Out Beijing. |
| *Sarah* | She was wonderful. |
| *Hans Ulrich* | She is very good, yes. |
| *Sarah* | We had the best food with her, ever! It was literally the most delicious — it was like pasta, but it was all these different things on a big wheel table. But I love this ring road idea that keeps expanding in Beijing. It reminds me of the Fredric Jameson essay about Los Angeles, about the Bonaventure Hotel. You have this disorientation of space, because the Bonaventure is four rings and you have this sense of time when you can't quite picture where you are. This is interesting in relation to the architecture in China because what does it mean if you can't locate yourself? In New York you have this system, obviously, where you can tell exactly where you are by the sense of duration and monuments and buildings. There, in China, it's quite different, firstly, because of the visibility and secondly because it's so poor. It's like an Antonioni film. |
| *Hans Ulrich* | When we spoke about this Beijing situation with Rem Koolhaas a year ago you started to connect Beijing to Munich. |
| *Sarah* | Yes, and the other series that's going on alongside the Ring series are these pieces that are based on found origami designs. I am really interested in this idea of origami being like a signifier. |
| *Daniel* | What do you read about origami? Do you have some interesting books? |
| *Sarah* | I have a lot of interesting books about origami. |
| *Daniel* | Because I have started too. |
| *Sarah* | It's very scientific. |
| *Daniel* | Yes, it is. |
| *Sarah* | Did you see the article in The New Yorker that came out right when I did my show with Friedrich Petzel Gallery, which was all with origami pieces? It's about a physicist named Robert Lang who uses origami for heart valves and different scientific solutions because it's such an easy form that gives rise to these complex things and that you can actually fold it in a way that opens in a sterile way. Did you read that? |
| *Daniel* | No. But I'd like to read it. |
| *Sarah* | I'll have to send it to you. It was February 2007. It's really fascinating. And there is also this moment in Blade Runner where you see this piece of origami as being a harbinger of something about to happen, you are not entirely sure what. I also like the idea of the found diagram and this was the first example of using paper and folding it, which actually started in China, not Japan. Now, I'll put on 1972, the Munich film. I don't know if you want to watch all of it. |
| *Daniel* | I am very curious. |
| *Hans Ulrich* | Super-curious! So basically you went to interview this man, Georg Sieber? |
| *Sarah* | I had a dinner with Sieber one night in May in Munich and then we shot the film in November. So there was a conversation going on through September. |
| *Hans Ulrich* | And how long is the film? |
| *Sarah* | Thirty-eight minutes. Sieber's role is very interesting; the idea of someone who came from this SDS moment, the Socialist German Student Union, and began working with the police, but ending up in this other sphere and trying to straddle these two different parts of society and doing it in a quite progressive way. |

**Daniel**   There was a television thing a few years ago about the Olympics. I don't know if it was new but I saw it just two or three years ago, and it was very touching. It must have been about this guy also because it was discussing the idea that the police were without weapons, very progressive and optimistic.

**Sarah**   This is related to thinking about the G8.

**Daniel**   And Germany hosting something like the Olympics so differently from what one would expect from the German Police Force. And then they failed!

**Hans Ulrich**   The architecture was obviously Behnisch and Frei Otto. Who did the graphic design, these posters you have?

**Sarah**   These are Otl Aicher.

**Hans Ulrich**   Really! These are all Otl Aicher?

**Sarah**   Yes. Seiber was actually an officer in the SDS and in the Munich Police Force at the same time. He is a psychologist and actually started training in theatre and dance. The idea of choreography leading one to crowd control.

**Hans Ulrich**   Wow! Has he written books?

**Sarah**   No. This idea of the knot is very interesting, too. I have been looking at theories of knots in relation to the Ring paintings.

**Daniel**   Are you into theories of knots?

**Sarah**   Yes.

**Daniel**   Oh! Then you will never get out again...

**Sarah**   Exactly.

**Daniel**   ...Because one can never understand them.

**Hans Ulrich**   Have you ever read Adam Phillips? Paul Chan introduced me to Adam Phillips, who I think is the most interesting post-Lacan, post-Freud thinker. You should read him.

**Sarah**   Oh, I will.

**Daniel**   Seiber is great in this film. Very convincing.

**Sarah**   This is police surveillance footage of demonstrations that we were given by the Bavarian State Archives from '68. We watched a number of them.

**Hans Ulrich**   So this was 1968?

**Sarah**   Yes. In Munich.

**Hans Ulrich**   So already in 68…

**Sarah**   …Sieber was already advising them on how to deal with demonstrations, which as he says, "You can deal with it in this much more simple way of just giving them a podium".

**Hans Ulrich**   What started you talking about the Beijing Olympics?

**Sarah**   I was always very, very, interested in the design of Otl Aicher and Behnisch and I was really interested in that optimistic moment. Again, going back to this idea of a repetitive series of years, how 1972 is linked to 1936, the year of the Berlin Olympics, and the way 1972 was handled is integrally related to 1936.

**Daniel**   So it's '36, '72, '08?

**Sarah**   Yes. But it was also really frustration from not getting anywhere with this system of bureaucracy and feeling like there was no way to get in when we talk about a system of inter-related connections. In a way I think of the paintings as sort of trying to somehow grapple with this. How do you become enmeshed in that? And it was so frustrating that I guess I started thinking about the past examples of this sort of

|  |  |
|---|---|
| | dilemma. How is it possible that they hired Seiber to do these types of scenario planning and projections, and yet didn't use anything? |
| *Hans Ulrich* | And the worst-case scenario. |
| *Sarah* | And the worst-case scenario. And he did it! Scenario Number 26 was exactly what happened. |
| *Hans Ulrich* | It's as if he knew. |
| *Sarah* | Scenario number 26 in his plans was exactly what happened. He says it was nothing extraordinary to have projected that, it was already going on, it was already very clear. |
| *Hans Ulrich* | It's a great film. |
| *Daniel* | It's brilliant! |
| *Sarah* | Seiber's very funny. One thing that intrigues me also is how he walked away from it. He's very detached as a psychologist; this was his training. To walk away in a moment of crisis when people have been taken hostage, like that takes quite a lot of… most people would stay and he simply watched it on TV. |
| *Hans Ulrich* | Also what is interesting is that Louise Bourgeois once told me years ago that there are these, what she calls "personages peripheriques" in society, this is what he seems to be. |
| *Sarah* | Yes. |
| *Hans Ulrich* | They are not key players, they are not well-known artists or well-known architects or well-known writers — as is evidenced, he has never written a book — but he was in a pivotal position at a certain moment, so he is clearly what Louise Bourgeois calls this "personage peripherique". |
| *Sarah* | To me this is part of a series too. Robert Towne, the scriptwriter and director, was the first person that I did a portrait of who was pivotal to this idea of changing the role of the writer in relation to film. |
| *Hans Ulrich* | He was was the first one? Who was the second one? |
| *Sarah* | Georg Sieber. |
| *Hans Ulrich* | And the third one? |
| *Sarah* | I'm still thinking about that. There are a few emails out there, a few conversations looming. |
| *Hans Ulrich* | And this is a series? |
| *Sarah* | Yes, just like the cities. I like the idea of this going almost macro to micro, a horizontal portrait going into this very specific landscape of one person's history of working, a working method, and in relation to how that works with this particular place. |
| *Daniel* | Do you have photos of him from 1972? |
| *Sarah* | There's one shot. |
| *Daniel* | I just realised for the position he had he must have been a very young guy. |
| *Sarah* | Yes. |
| *Daniel* | To be the key psychologist of the police, plus that job for the SDS… |
| *Hans Ulrich* | He was in his thirties. |
| *Sarah* | Yes. |
| *Hans Ulrich* | And then also it's incredibly interesting in terms of the discussion we've had for such a long time about scenarios. |

| Sarah | Exactly. And what does it mean when you actually commission this type of projection and then don't use it? The failure of system planning… You know the Americans helped them in, they helped Black September, the militant group, get into Connolly Strasse. |
| --- | --- |
| Hans Ulrich | Why? |
| Sarah | They thought they were Brazilians and they were coming back from partying late at night, it was 5.00 in the morning. They gave them a leg up over the fence. |
| Hans Ulrich | Wow! |
| Sarah | It's actually in the Spielberg film. |
| Hans Ulrich | American fans? |
| Sarah | No, American athletes. |
| Daniel | They were coming from a party? They were drunk? |
| Sarah | Yes. |
| Hans Ulrich | The film is absolutely great! Congratulations! |
| Daniel | Yes, very interesting. What an interesting guy! So incredibly eloquent, also. |
| Hans Ulrich | He's astonishing. |
| Sarah | This is interesting, too. He refers to the fact that it was suggested they shouldn't have housed people in the Olympic Village by nationality because this itself is a security risk and the IOC rejected it. |
| Hans Ulrich | It wouldn't have happened if they followed that advice. |
| Sarah | No, because you wouldn't be able to isolate anybody. Or isolate a nation. |
| Hans Ulrich | So post-nationality would have saved the situation. |
| Sarah | Exactly! |

## Interview

Liam Gillick speaks about his professional and personal collaborations with Sarah, his partner.

 Liam Gillick

*Liam, you're in Chicago?*

Yeah, absolutely.

*What are you up to?*

I'm working on an exhibition that opens here next October. We're doing the initial work, looking around figuring out how to approach things, talking to people and getting really cold in the snow.

*It's snowing there at the moment?*

Yeah, it certainly is. It's great to have this combination of High Modernism and snow. If you're lucky enough to be here when it first snows you really get the full extent of the rigorous geometric Modernism with the white snow, it's great.

*I can't imagine that at all because I'm sitting here in Sydney with blue skies and looking forward to a surf down at Bondi this weekend.*

Well, great. I hope you fall off your surfboard (laughs)!

*(laughs). So Liam, how did you meet Sarah?*

We met in New York in the mid nineties, around 96', in an art context through other people. It wasn't as though we new each other as artists, we met as individuals and then the art thing came up later on. It wasn't like meeting someone through a show or going to school with them, we met in a different way, we met as part of a conversation which is a very particular way of meeting someone. It always starts as a conversation rather than an encounter and I always think that's an interesting way to meet.

*That's interesting you mention that, as Sarah, in her discussion with Hans Ulrich and Daniel Birnbaum, talks about the 'never ending conversation' that seems to be derived from Chinese thought. It is also a very Los Angeles thing, you never say no, you keep the conversation alive.*

Exactly, sometimes that just comes from the starting point of how you meet in the first place, like, you have a very different relationship with artists that you met because you were working together, it starts you off on a completely different dynamic. So artists and other people you've met through working together - meaning that you really started discussion while being in the bar - is very different from the idea of starting through a discussion.

*That's right. The discussion is more open ended, more fluid.*

And it's sort of non-committal, it doesn't place you in a very clear cut power relationship.

You stand side by side, rather than standing face to face confronting each other or confronting someone else.

*That's a lovely way to answer the question of your first meeting with Sarah.*

Yes, two people standing side by side looking at something else and thinking about it rather than looking at each other.

*And you and Sarah have a son, Orson?*

That's right, he's six.

*I imagine Orson's at the top of his art class at school?*

Well, the difficulties he has in relation to that is of course - it's like living with a 1950's abstract expressionist - he has ideas about the difference between art and making pictures. And in school what they do is, they encourage kids to draw, and then use that as a judgement of how sophisticated they are in the face of the world. But Orson makes a really cool definition between art and doing a drawing or making a picture, and I think it's really interesting that he turns out these definitions. I've always encouraged him to make art, he brought it up not me. I say, "What are you doing?" and he says, "Oh, making art", and if he was drawing a building I'd say, "What are you doing?" he'd say,

"Making a picture of a building". For him they're totally separate activities. The idea of being at the top of the class or being the best doesn't really come into it, because in fact the terms of making for him are slightly different from the other kids, so he'll spend time doing drawings that are abstract or something. It's very funny. Also, not so long ago when I asked him what he'd like to do when he grows up he said the same thing that kids say, and it usually involves a service, like being a garbage man or fireman. At one point recently though, he looked at me and said, "You know what, I want to do nothing, just like you". I was quite offended.

*(laughs) I wouldn't be offended at all. I think Orson is completely on the level.*

(laughs) Yes exactly... I'm just walking down the street with a face full of snow, Jesus Christ! It's like horizontal snow, pretty cold but not as bad as yesterday.

*So, both you and Sarah move between New York and London regularly, how do you make that work?*

Well, we tend to do it separately and for various project reasons. We'll only go together a couple of times a year. But it's our daily life which is now more and more in New York and less and less in London. But Europe, as you know with art and design, having all these countries squished together geographically is a lot of reason to be in Europe. I always view it as a Europe thing rather than just Britain. It's more that London becomes a gateway to the rest of Europe rather than a place that you're really living in on an everyday basis. It's a very convenient hub in a way. That's what we tend to do, but the way it works is that we tend to split things up, so she'll go and do something and then I'll go and do something and then she'll go and do something. It's not a completely integrated way of being. Of course some people are very together, they always go as a team, or as a family, or a double act or something. We actually leave a lot of space between each others work, a lot of gaps, otherwise I think you sort of implode. So a lot of it is about crossing paths than going together. Historically it's how people retain their identity...

*Their sanity...*

Exactly! It sounds very pious or dull to talk about but it is the one thing you're very vigilant about is the power relationship between a man and a women, especially with artists as there's not a great history, it always gets complicated. That's the thing we keep an eye on and that's why we do keep a lot of separation between how we move around, and we're not always there for each other in certain situations. It sounds wrong, it sounds terrible, but often the way to respect someone is to give them distance. We're quite different and there is this constant flow of new ideas and images that I see which she produces that obviously influences what I do in a way. It's never quite the way I would do it, that sounds like a truism, of course that must be true, but it's not always the case. Sometimes you lose the interest, you lose the interest in what they do, in what they produce, and that can be really hard. Like in this case, Sarah's approach to things, the way she produces work, the methods, and even the way she works in the studio with all these people is completely the opposite to the way I do it. I always tend to work alone, much closer to the way a designer or an architect often works. While I'm travelling or working on sight I'm meeting people, I'm tracing new strange temporary relationships. Sarah's always had this organised way of working that is endlessly fascinating for me.

*I know that you and Sarah have collaborated with Peter Saville in the past and of course you created the soundtrack for Sarah's film Los Angeles. Can you tell me briefly about the process, or how you and Sarah approach a collaborative project?*

It's interesting you mention Peter Saville because the way Factory Records works, the label he co-founded, was very much to do with this idea of autonomy again, you know the designers did what they did, the bands did what they did, the producer did what he or she did. That's the way they do it. This idea of a community of individuals who wouldn't interfere with each other, they'd trust each other, that's the way we do it. Effectively I go away and do what I think is right, not like this classic idea of a collaboration where two people are in each others pocket or standing there side by side day after day. The reason why it works when it works, and of course that means there is the potential for failure, is that I'm given complete freedom to do what ever I think is appropriate. Sarah obviously

has her own ideas about what would be right. But the way it works really well, following that Factory Records model, is that I go off and do the music and she goes off and makes the film. But at some point she gets the final say, she's the one sitting with the producer, she's the artist in this case, and its always about who gets the final say. It's actually a much harsher way of working than most people would tolerate. I go and do my thing and she goes and does her thing, but she gets the final say on everything. Most people would resist that in life because if you start on a collaborative project with someone you feel you need to keep an eye on it, checking it, and asking what the hell's going on, and you feel nervous and anxious. In this case I trust her. I'll make 28 tracks of music, give them to her and I'm sure she's going to do something interesting. I don't need to see every step, she just needs to do the right thing for herself. This is the mode of collaboration I like best. It's one of the main misunderstandings about certain kinds of art in the last 15 years, they've been much more relational or much more social, but the feeling is that it's suppose to be much more of a collaboration where everyone is sitting side by side deciding everything together. In fact it's like a weird community of individual ideas that all kind of dwell under a frame work. But someone always has the final say, they're trusted to have the final say, and that's the way we do it.

*Are there any new projects you and Sarah are working on at the moment or plan to in the future?*

At some point we'd like to do a house together. I don't know how we could ever do that, but ironically the idea of me doing one on my own or her doing one on her own I'm not so sure. That's what we're thinking about at the moment, producing some kind of architecture. The way we've worked together over the years alongside each other, may lend itself to some kind of architectural outcome, because she has got a very certain way of approaching things structurally and I've got a certain way of working with other people, and maybe between the two of us it could work out quite well. But I think you'd end up having a house that looked like a Sarah Morris house or a house that looked like a Liam Gillick house, I don't think it would be a merging of the two. One person would win, there would be a decision at some point if it was going to be one or the others house.

*So, who would get the inside and who would get the outside?*

I have a feeling it would be all Sarah's, the inside and outside. (laughs) Cheers, think of me in the fucking snow!

*(laughs) I will, think of me on the beach ...*

You bastard!

## Gallery