1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



# EXHIBIT I

## (Lang's emails to Morris and galleries associated with her)

**COMPLAINT**

**Subject: Contact for Sarah Morris**
**Date:** Thursday, April 2, 2009 11:32 AM
**From:** Robert J. Lang <robert@langorigami.com>
**To:** info@maxhetzler.com
**Conversation:** Contact for Sarah Morris

Hello,

I have recently encountered this page on your website:

**http://tinyurl.com/dd85xq**

It presents various works by Sarah Morris. I observe that several of the works are "colorized" versions of original artworks by me, which appeared in my book, *Origami Design Secrets*, published by A K Peters, Ltd in 2003.

For example, each of the two images titled "Grasshopper" is a colorized version of my Figure 5.29, page 113, in *Origami Design Secrets*.

The image titled "Praying Mantis" is a colorized version of my Figure 8.49, page 260, in *Origami Design Secrets*.

The image titled "Pegasus" is a colorized version of my Figure 8.27, page 246, in *Origami Design Secrets*.

I should like to discuss this matter with Ms. Morris. Could you provide me a contact for her?

Sincerely yours,

Robert J. Lang
899 Forest Lane
Alamo, CA  94507
USA
tel: +1 925 855 9090
mobile: +1 925 216 2976
fax: +1 925 886 4835
email: robert@langorigami.com
web: http://www.langorigami.com
--

**Subject: Contact for Sarah Morris**
**Date:** Thursday, April 2, 2009 11:54 AM
**From:** Robert J. Lang <robert@langorigami.com>
**To:** exhibitions@whitecube.com
**Conversation:** Contact for Sarah Morris

Hello,

I recently ran across the following photograph of of a work by Sarah Morris that was exhibited at White Cube gallery:

http://joannemattera.blogspot.com/2007/12/fair-factor-baselmiami.html

The pictured work, titled "Dragon (Origami)", is a colorized version of artwork by me, which appeared in my 2003 book, *Origami Design Secrets*, published by A K Peters Ltd. It is specifically taken from Figure 6.12, page 138.

I should like to discuss this matter with Ms. Morris, and ask if you can provide a contact for her to me.

Sincerely,

Robert J. Lang
899 Forest Lane
Alamo, CA  94507
USA
tel: +1 925 855 9090
mobile: +1 925 216 2976
fax: +1 925 886 4835
email: robert@langorigami.com
web: http://www.langorigami.com
--

**Subject: Email for Sarah Morris**
**Date:** Tuesday, May 26, 2009 11:52 AM
**From:** Robert J. Lang <robert@langorigami.com>
**To:** info@barbarakrakowgallery.com
**Conversation:** Email for Sarah Morris

Hello,

Per my telephone conversation with you earlier today, would you please forward the following email to Ms. Sarah Morris, and/or let me know how to contact her directly. If you would also confirm that you have passed it on to her, I would appreciate it.

Thanks very much,

Robert J. Lang

-------------------------------------------

Dear Ms. Morris,

I have recently found examples of your work at various galleries, in which it appears that you have copied several of my origami crease patterns, colorized them, and then represented them as your own work.

For example, see this photograph, which was exhibited at White Cube gallery:

http://joannemattera.blogspot.com/2007/12/fair-factor-baselmiami.html

The pictured work, titled "Dragon (Origami)", is a colorized version of artwork by me, which appeared in my 2003 book, Origami Design Secrets, published by A K Peters Ltd. It is specifically taken from Figure 6.12, page 138.

For further examples, please see this web page:

http://tinyurl.com/dd85xq

Several of the works are also colorized versions of original artworks by me, which also appeared in Origami Design Secrets.

Each of the two images titled "Grasshopper" is a colorized version of my Figure 5.29, page 113, in Origami Design Secrets.

The image titled "Praying Mantis" is a colorized version of my Figure 8.49, page 260, in Origami Design Secrets.

The image titled "Pegasus" is a colorized version of my Figure 8.27, page 246, in Origami Design Secrets.

I can provide copies of the original artwork for reference if required, but I would guess that you are well aware of this source.

Of course, the book and the original artwork contained within is protected by copyright in both the U.S. and in Europe. No permission was sought nor given for this use of my artwork, and it appears that you have given no credit. It also appears that you are selling derivative works of my artwork commercially.

Please contact me immediately to address this serious matter.

Sincerely yours,

Robert J. Lang
899 Forest Lane
Alamo, CA  94507
USA

```
tel: +1 925 855 9090
mobile: +1 925 216 2976
fax: +1 925 886 4835
email: robert@langorigami.com
web: http://www.langorigami.com
--
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT J

## (Morris's June 23, 2009 letter to Lang)

**COMPLAINT**

SARAH MORRIS

June 23, 2009

Dear Mr. Lang,

Thank you for your April letter which the gallery in Berlin showed to me. I apologize for the slow response. I have been traveling all spring and working round the clock to finish up several wall painting projects and my exhibition at the Museum of Modern Art, Frankfurt.

I am very disappointed to hear that you are unhappy with some of my "Origami" paintings. While it is true that I referred to some of your instructions as inspiration for my paintings, I think that any fair observer would acknowledge that I have radically transformed them in the course of my work. Further, your diagrams are created and distributed to serve a purely practical, instructional function [i.e. to be folded into three dimensional origami objects, thereby "erasing" the original diagram]; my paintings obviously have a much different purpose and meaning. My paintings are treating the idea of Origami as an instruction and the idea of Origami as a sign or a harbinger of something to come.

I am confident that if you saw the paintings you would understand and appreciate this difference.

Very Best wishes,

Sarah Morris

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT K

# (Certificate of Registration of Copyright for Miyajima's "Bat")

**COMPLAINT**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-753-432

**Effective date of registration:**

December 17, 2010

---

## Title
          **Title of Work:** Bat

## Completion/Publication
      **Year of Completion:** 2005
   **Date of 1st Publication:** March 1, 2005       **Nation of 1st Publication:** Japan

## Author
              **Author:** Noboru Miyajima
    **Author Created:** 2-D artwork

   **Work made for hire:** No
         **Citizen of:** Japan       **Domiciled in:** Japan
        **Year Born:** 1955

## Copyright claimant
   **Copyright Claimant:** Noboru Mivaiima

## Rights and Permissions
             **Name:** Andrew K Jacobson
           **Email:** admin@bayoaklaw.com       **Telephone:** 510-208-5507
       **Address:** 180 Grand Avenue
                Suite 700
                Oakland, CA 94612

## Certification
          **Name:** Andrew K. Jacobson
           **Date:** December 17, 2010



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT L

## (Certificate of Registration of Copyright for Miyajima's "Cat")

COMPLAINT

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-750-656**

**Effective date of
registration:**

November 30, 2010

---

## Title

Title of Work: Cat

## Completion/Publication

Year of Completion: 2001

Date of 1st Publication: September 1, 2001      Nation of 1st Publication: Japan

## Author

■       Author: Noboru Miyajima

Author Created: 2-D artwork

Citizen of: Japan                      Domiciled in: Japan

Year Born: 1955

## Copyright claimant

Copyright Claimant: Noboru Miyajima

## Rights and Permissions

Name: Andrew K Jacobson

Email: admin@bayoaklaw.com                Telephone: 510-208-5507

Address: 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification

Name: Andrew K. Jacobson

Date: November 30, 2010



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT M

## (Certificate of Registration of Copyright for Miyajima's "Mommoth")

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-750-727

**Effective date of
registration:**

November 30, 2010

---

## Title

**Title of Work:** Mommoth

## Completion/Publication

**Year of Completion:** 1997

**Date of 1st Publication:** September 1, 1997     **Nation of 1st Publication:** Japan

## Author

■    **Author:** Noboru Miyajima

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** Japan     **Domiciled in:** Japan

**Year Born:** 1955

## Copyright claimant

**Copyright Claimant:** Noboru Miyajima

## Rights and Permissions

**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com     **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification

**Name:** Andrew K. Jacobson

**Date:** November 30, 2010

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT N

# (Certificate of Registration of Copyright for Miyajima's "Penguin")

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-750-675

**Effective date of registration:**

November 30, 2010

## Title

**Title of Work:** Penguin

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** February 1, 2004      **Nation of 1st Publication:** Japan

## Author

- **Author:** Noboru Miyajima

  **Author Created:** 2-D artwork

  **Work made for hire:** No

  **Citizen of:** Japan      **Domiciled in:** Japan

  **Year Born:** 1955

## Copyright claimant

**Copyright Claimant:** Noboru Miyajima

## Rights and Permissions

**Name:** Andrew K Jacobson

**Email:** andy@bayoaklaw.com      **Telephone:** 510-208-5500

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612  United States

## Certification

**Name:** Andrew K. Jacobson

**Date:** November 30, 2010



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT O

## (Certificate of Registration of Copyright for Miyajima's "Swan")

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-750-661

**Effective date of
registration:**

November 30, 2010

---

## Title
**Title of Work:** Swan

## Completion/Publication
**Year of Completion:** 2003

**Date of 1st Publication:** March 1, 2003          **Nation of 1st Publication:** Japan

## Author
■          **Author:** Noboru Miyajima

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** Japan          **Domiciled in:** Japan

**Year Born:** 1955

## Copyright claimant
**Copyright Claimant:** Noboru Miyajima

## Rights and Permissions
**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com          **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification
**Name:** Andrew K. Jacobson

**Date:** November 30, 2010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# EXHIBIT P

## (Certificate of Registration of Copyright for Miyajima's "Weasel")

23
24
25
26

-54-

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-750-651

**Effective date of registration:**

November 30, 2010

---

## Title
—————————————————————————

Title of Work: Weasel

## Completion/Publication
—————————————————

Year of Completion: 2005

Date of 1st Publication: September 1, 2005    Nation of 1st Publication: Japan

## Author
—————————————————————————

- Author: Noboru Miyajima

  Author Created: 2-D artwork

  Citizen of: Japan    Domiciled in: Japan

  Year Born: 1955

## Copyright claimant
—————————————————————————

Copyright Claimant: Noboru Miyajima

## Rights and Permissions
—————————————————

Name: Andrew K Jacobson

Email: admin@bayoaklaw.com    Telephone: 510-208-5507

Address: 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification
—————————————————————————

Name: Andrew K. Jacobson

Date: November 30, 2010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT Q

## (Certificate of Registration of Copyright for Miyajima's "Wolf")

-55-

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-750-659

**Effective date of
registration:**

November 30, 2010

---

## Title
**Title of Work:** Wolf

## Completion/Publication
**Year of Completion:** 2006

**Date of 1st Publication:** June 1, 2006     **Nation of 1st Publication:** Japan

## Author
- **Author:** Noboru Miyajima
  **Author Created:** 2-D artwork

  **Citizen of:** Japan     **Domiciled in:** Japan
  **Year Born:** 1955

## Copyright claimant
**Copyright Claimant:** Noboru Miyajima

## Rights and Permissions
**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com     **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification
**Name:** Andrew K. Jacobson

**Date:** November 30, 2010

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT R

**(Application for Registration of Copyright for Sirgo's book *Origami Menagerie*)**

**COMPLAINT**

## *-APPLICATION-*

## Title

**Title of Work:** Origami Menagerie: 21 Challenging Models

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 1, 2008     **Nation of 1st Publication:** United States

**International Standard Number:** ISBN     978-0-486-46593-7

## Author

- **Author:** Manuel Sirgo Alvarez

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** Spain     **Domiciled in:** Spain

**Year Born:** 1960

## Copyright claimant

**Copyright Claimant:** Manuel Sirgo Alvarez

## Rights and Permissions

**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com     **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700     **Alt. Telephone:** 510-208-5500

Oakland, CA 94612

## Certification

**Name:** Andrew K. Jacobson

**Date:** February 14, 2011

**Registration #:**

**Service Request #:** 1-564952089

**Priority:** Routine                    **Application Date:** February 14, 2011 06:22:32 PM

## Correspondent

**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com                    **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue                    **Alt. Telephone:** 510-208-5500
Suite 700
Oakland, CA 94612

## Mail Certificate

Andrew K Jacobson
180 Grand Avenue
Suite 700
Oakland, CA 94612

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT S

## (Certificate of Registration of Copyright for Bandoni's "Cyclommatus metallifer")

COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-766-658

**Effective date of
registration:**

March 8, 2011

---

## Title

**Title of Work:** Cyclommatus Metallifer

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** May 1, 2005          **Nation of 1st Publication:** France

## Author

■          **Author:** Nicola Bandoni

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** Italy          **Domiciled in:** Italy

**Year Born:** 1977

## Copyright claimant

**Copyright Claimant:** Nicola Bandoni

## Rights and Permissions

**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com          **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification

**Name:** Andrew K. Jacobson

**Date:** March 8, 2011

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT T

## (Certificate of Registration of Copyright for Kawasaki's "Kawasaki Cube #1")

COMPLAINT

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-751-606**

**Effective date of
registration:**

January 4, 2011

## Title

**Title of Work:** Kawasaki Cube #1

## Completion/Publication

**Year of Completion:** 1985

**Date of 1st Publication:** January 1, 1985     **Nation of 1st Publication:** Japan

## Author

■ **Author:** Toshikazu Kawasaki

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** Japan     **Domiciled in:** Japan

**Year Born:** 1985

## Copyright claimant

**Copyright Claimant:** Toshikazu Kawasaki

## Rights and Permissions

**Name:** Andrew K Jacobson

**Email:** andy@bayoaklaw.com     **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612  United States

## Certification

**Name:** Andrew K. Jacobson

**Date:** November 30, 2010

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26



# EXHIBIT U

## (Certificate of Registration of Copyright for Ku's "Harpy")

COMPLAINT

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-753-434

**Effective date of registration:**

December 17, 2010

---

## Title

**Title of Work:** Harpy

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** March 25, 2004   **Nation of 1st Publication:** United States

## Author

- **Author:** Jason Stoutsenberger Ku

  **Author Created:** 2-D artwork

  **Work made for hire:** No

  **Citizen of:** United States   **Domiciled in:** United States

  **Year Born:** 1986

## Copyright claimant

**Copyright Claimant:** Jason Stoutsenberger Ku

## Rights and Permissions

**Name:** Andrew K Jacobson

**Email:** admin@bayoaklaw.com   **Telephone:** 510-208-5507

**Address:** 180 Grand Avenue

Suite 700

Oakland, CA 94612

## Certification

**Name:** Andrew K. Jacobson

**Date:** December 17, 2010

---