IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

-----------------------------------------------------------X

Robert J. Lang, Noburu Miyajima, Manuel Sirgo, Nicola Bandoni, Toshikazu Kawasaki and Jason Ku,

Case No. C11-01366 EMC

             Plaintiffs,

v.

Sarah Morris,

             Defendant.

-----------------------------------------------------------X

**STIPULATED CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**

The parties by and through their undersigned counsel hereby stipulate and agree as follows:

    1.    That the Initial Case Management Conference scheduled for June 29, 2011 be continued until July ~~20,~~ 22 2011 or thereafter as the Court may direct. Such continuance is necessary because the Defendant's response to the First Amended Complaint is not required until July 1, 2011, and thus the originally scheduled date would not be productive.

    2.    That all other dates set forth in the Court's <u>Order Setting Initial Case Management Conference and ADR Deadlines</u> be continued accordingly.

    3.    That the undersigned counsel for Defendant, located in New York, New York, be permitted to participate in the Initial Case Management Conference by telephone.

27935/000/825167.1
21749/000/1248320.1

```
 1   Dated: New York, New York
 2          June 15, 2011
 3
 4                                          COWAN, LIEBOWITZ & LATMAN, P.C.
 5
 6                                          _____
 7                                              Robert W. Clarida
 8                                          1133 Avenue of the Americas
 9                                          New York, New York 10036-6799
10                                          (212) 790-9200
11                                          Attorneys for Defendant
12
13   Dated: Oakland, California
14          June 16, 2011
15
16                                          BAY OAK LAW FIRM, APLC
17
18                                          _____
19                                              Andrew K. Jacobson
20                                          180 Grand Ave. Ste. 700
21                                          Oakland, California 94612
22                                          (510) 208-5500
23                                          Attorneys for Plaintiffs
24
                                                                            6/14/11
25                                          Haims, Valentine, LLP

26   So Ordered: _____
27   The CMC is reset to 7/22/11 at 9:00 a.m. in Courtroom 5, 17th Floor.  A joint CMC statement shall
     be filed by 7/15/11.  Plaintiffs shall serve a copy of this order upon defendant.
```



_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

27935/000/825167.1
21749/000/1248320.1