ANDREW K. JACOBSON (CSBN 148583)
LAURA KOCH (CSBN 266072)
BAY OAK LAW
180 Grand Ave Ste 700
Oakland, California 94612
Telephone: (510) 208-5500
Fax: (510) 208-5511
andy@bayoaklaw.com
laura@bayoaklaw.com

CAROLINE N. VALENTINO (CSBN 118438)
HAIMS VALENTINO LLP
180 Grand Ave Ste 700
Oakland, California 94612
Telephone: (510) 835-0500
Fax: (510) 835-2833
cvalentino@hjmmlaw.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. LANG, NOBORU MIYAJIMA, MANUEL SIRGO, NICOLA BANDONI, TOSHIKAZU KAWASAKI, AND JASON KU,<br><br>PLAINTIFFS,<br><br>v.<br><br>SARAH MORRIS,<br><br>DEFENDANT. | Case No. C11-01366-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT; LOCAL RULES 6-1, 6-2 |

WHEREAS, plaintiffs Robert Lang, Noboru Miyajima, Manuel Sirgo, Nicola Bandoni, Toshikazu Kawasaki, and Jason Ku ("Plaintiffs"), by their counsel, served counsel for Defendant Sarah Morris ("Morris") with the summons and the First Amended Complaint on April 29, 2011; and

WHEREAS, counsel for Morris signed the Waiver of the Service of Summons on May 10, 2011; and

WHEREAS, a response to the First Amended Complaint was to be due on July 1, 2011; and

1     WHEREAS, a Case Management Conference is set for August 12, 2011; and

2     WHEREAS, the parties have begun discussions about the case;

3     THE PARTIES STIPULATE AS FOLLOWS:

4     Defendants' response to the First Amended Complaint shall be due July 15, 2011.

5     The **case management conference** shall be set on **August 12, 2011, at 9 a.m.** in Courtroom ~~C, 15th Floor~~ 5, 17th Fl., 450 Golden Gate Avenue, San Francisco, CA. Counsel for Defendant Morris may appear by telephone, as allowed by Local Rule 16-10(a). All deadlines for alternative dispute resolution, initial disclosures and case management conference statements shall be computed from August 12, 2011.

**FOR PLAINTIFFS:**

Dated: June 23, 2011      BAY OAK LAW

By: _/s/ Andrew K. Jacobson_
ANDREW K. JACOBSON
Counsel for Plaintiffs

HAIMS VALENTINO LLP

By: _/s/ Caroline N. Valentino_
CAROLINE N. VALENTINO
Counsel for Plaintiffs

**FOR DEFENDANT:**

Dated: June 24, 2011.      COWAN, LIEBOWITZ & LATMAN, P.C.

By: _/s/ Robert W. Clarida_
ROBERT W. CLARIDA
Counsel for Defendant Sarah Morris

-2-      Case No. C11-01366-EMC

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO FIRST AMENDED COMPLAINT

# ORDER

PURSUANT TO STIPULATION BY THE PARTIES, IT IS SO ORDERED.

Dated: 6/28/11



THE HONORABLE EDWARD M CHEN
THE NORTHERN

