```
 1  DAVID C. LEE #193743
    ILSE C. SCOTT #233433
 2  FITZGERALD ABBOTT & BEARDSLEY LLP
    1221 Broadway, 21st Floor
 3  Oakland, California 94612
    Telephone: (510) 451-3300
 4  Facsimile: (510) 451-1527
    Email: dlee@fablaw.com; iscott@fablaw.com
 5

 6  ROBERT W. CLARIDA
    COWAN, LIEBOWITZ & LATMAN, P.C.
 7  1133 Avenue of the Americas
    New York, New York 10036-6799
 8  Telephone: 212-790-9200
    Facsimile: 212-575-0671
 9  Email: RWC@cll.com
    (Pro Hac Vice Admission Pending)
10
    Attorneys for Defendant Sarah Morris
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ROBERT J. LANG, NOBURU MIYAJIMA, MANUEL SIRGO, NICOLA BANDONI, TOSHIKAZU KAWASAKI and JASON KU, <br><br> Plaintiffs, <br><br> vs. <br><br> SARAH MORRIS, <br><br> Defendant. | Case No.: C11-01366 EMC <br><br> **STIPULATION AND ORDER THEREON CONTINUING INITIAL CASE MANAGEMENT CONFERENCE ORDER** <br><br> Courtroom: 5, 17th Floor <br> Judge: Edward M. Chen |

The parties to the above-captioned action, by and through their undersigned counsel, hereby agree, stipulate and request that the Court continue the Initial Case Management Conference currently scheduled on August 12, 2011, to the same date as the hearing on Defendant Sarah Morris' motion to dismiss the First Amended Complaint for lack of personal

///

///

---
1
STIPULATION AND ORDER THEREON CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE - CASE NO. C11-01366 EMC

7/29/11 (27745) #423183.1

1  jurisdiction currently scheduled on September 9, 2011 at 1:30 p.m.

2  SO STIPULATED.

3  Dated: 7/29/11                              FITZGERALD ABBOTT & BEARDSLEY LLP

4

5                                              By _____
                                                David C. Lee
6                                               Attorneys for Defendant Sarah Morris

7                                               Robert W. Clarida
                                                COWAN, LIEBOWITZ & LATMAN, P.C.
8                                               Attorneys for Defendant Sarah Morris
                                                (*Pro Hac Vice*)
9

10 Dated: 7/29/2011                            BAY OAK LAW

11
                                               By _____
12                                              Andrew K. Jacobson
                                                Laura Koch
13                                              Attorneys for Plaintiffs

14
15 Dated: 7/29/11                              HAIMS VALENTINO LLP

16
                                               By _____
17                                              Caroline N. Valentino
                                                Attorneys for Plaintiff
18

19 ORDER:

20     The Initial Case Management Conference shall be continued to September 9, 2011, at

21 1:30 p.m., in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

22 Counsel for Defendant Morris may appear by telephone, as allowed by Local Rule 16-10(a).

23 The submission of all conference statements shall be computed from September 9, 2011.

24     IT IS SO ORDERED.  A Joint CMC statement shall be filed by September 2, 2011.
                         Court will call Ms. Morris at the time of the hearing.
25 Dated: 8/4/11         _____

26                                              Hon. Edward M. Chen
                                                U.S. District Judge
27

28                                              2
   STIPULATION AND ORDER THEREON CONTINUING INITIAL CASE MANAGEMENT
                  CONFERENCE - CASE NO. C11-01366 EMC
   7/29/11 (27745) #423183.1

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*